**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Richard Allen WEEKS, Defendant– Appellant.**

No. 09–13426
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

April 23, 2010.

Lennard B. Register, III, U.S. Attorney's Office, David L. Goldberg, Pensacola, FL, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Chet Kaufman, Randolph P. Murrell, Federal Public Defender, Tallahassee, FL, Randall Lockhart, Pensacola, FL, for Defendant–Appellant.

Before CARNES, BARKETT and MARCUS, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Richard Allen Weeks in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Weeks's convictions and sentences are **AFFIRMED.**